

**U.S. Department of Justice**

*United States Attorney*
*District of Maryland*

*James G. Warwick*
*Assistant United States Attorney*
*James.Warwick@usdoj.gov*

*Suite 400*
*36 S. Charles Street*
*Baltimore, MD 21201-3119*

*DIRECT: 410-209-4860*
*MAIN: 410-209-4800*
*FAX: 410-962-0717*

**VIA ELECTRONIC COURT FILING**

September 24, 2020

Hon. Richard D. Bennett
United States District Judge
101 West Lombard Street
Baltimore, Maryland 21201

    Re:   *United States v. Jesus Chaidez-Meza*
              Criminal No. RDB-19-0165

Dear Judge Bennett:

     Jesus Chaidez-Meza was convicted, by a jury, on October 25, 2019, of conspiracy to distribute and to possess with intent to distribute more than five kilograms of cocaine. He is scheduled to be sentenced on October 8, 2020. The Pre-Sentence Investigation has concluded that the total offense level is 36. With a Criminal History Category of I, the advisory guidelines imprisonment range is 188 months to 235 months. The Government respectfully requests that this Court imposes a sentence of imprisonment within that guideline range.

## EVIDENCE ELICITED AT TRIAL

     Chaidez-Meza was recruited and then sent to Baltimore during the summer of 2016 to oversee drug distribution operations conducted by the Mexican Sinaloa cartel. His ability to lease premises and purchase vehicles made him well suited for spearheading this particular Sinaloa cell. He maintained a presence in the Baltimore area through the spring of 2017, when the cell that Chaidez-Meza worked with changed personnel after two large money seizures by DEA agents and task force officers.

     The Sinaloa cartel has been distributing large quantities of cocaine in the Baltimore area for a number of years. The cartel utilizes various cells to accomplish its drug distribution, with truck drivers ferrying large quantities of drugs to the east coast and drug proceeds in the millions of dollars to the west coast. Chaidez-Meza helped managed such a cell in Baltimore, distributing the drugs to local customers and collecting proceeds to send westward with the truck drivers.

     Chaidez-Meza is a permanent legal resident of the United States. He had sufficient roots in the United States and a credit history to be useful to the cartel. After his recruitment in August of 2016, he traveled from Mexico back to California, then east to Baltimore with another man known only as "Chu-Chi." Once in Baltimore, Chaidez-Meza was schooled by Hilario

Hon. Richard D. Bennett
September 24, 2020
Page 2 of 3

Rodriguez-Lopez on the methodology of the drug trade, and learned the practices needed to successfully distribute the drugs, collect proceeds, and avoid police scrutiny. Rodriguez-Lopez provided funds for Chaidez-Meza to rent and furnish an apartment in which to reside and from which to conduct the illegal cartel business. Chaidez-Meza also was given money to purchase a vehicle. Chu-Chi was in charge of the cocaine distribution to local customers while Chaidez-Meza was responsible for the collection of monetary proceeds from the sales. Chaidez-Meza and Chu-Chi worked as a team.

Beginning in September of 2016, and continuing through December of that year, trucks arrived monthly with loads of 60-70 kilograms of cocaine. Pedro Valdez-Garcia was the regular truck driver for the cartel. He testified that he delivered the 60-70 kilograms to Chaidez-Meza and Chu-Chi in September, October, and November. Each of those months, Valdez-Garcia also transported money back to California, where it was unloaded and ultimately sent to Mexico. In December of 2016, Valdez-Garcia arrived in Baltimore without drugs. He waited several days until December 11, 2016, when Chu-Chi and Chaidez-Meza delivered bags of money to him. Valdez-Garcia packed the money in a hidden compartment in the tractor portion of the truck, and then began his trip west. Law enforcement officers maintained surveillance of the truck and had it stopped just outside of Hagerstown, Maryland. Investigators located the hidden compartment and recovered just under $1.2 million dollars. This amount represents proceeds from the sale of approximately 35 kilograms of cocaine.

The seizure of the money caused adjustments to the business of the cartel.[1] Chaidez-Meza returned to Mexico. He resurfaced in Baltimore again in the spring of 2017, when he terminated the apartment lease and sold the vehicle that had been titled in his name. In short, Chaidez-Meza returned to cover his tracks and to liquidate any remaining assets. His connection to Baltimore was solely to help manage the Sinaloa cell operating in Baltimore.

## SECTION 3553(A) ANALYSIS

The guideline for a violation of 21 U.S.C. § 846 is U.S.S.G. §2D1.1(a)(5). Because the offense involved at least 150 kilograms but less than 450 kilograms of cocaine, the base offense level is 36. U.S.S.G. §2D1.1(c)(2). There are no adjustments. Based upon a total offense level of 36 and a Criminal History Category of I, the guidelines imprisonment range is 188 months to 235 months.

---

[1] Investigators seized $1.5 million from Oscar Miranda in February of 2017, when the truck he was driving entered California. Miranda was an associate of Chaidez-Meza, and the two had been photographed on September 26, 2016, as they went shopping at a Costco and Home Depot in the Baltimore area. Among the items purchased by Chaidez-Meza and Miranda were plastic wrap, a food-saver device, boxes of black electrical tape and boxes of blue latex gloves. These items are commonly used by drug dealers to package and conceal currency derived from drug sales.

Hon. Richard D. Bennett
September 24, 2020
Page 3 of 3

      Chaidez-Meza was responsible for the distribution of close to 250 kilograms of cocaine, and the collection of millions of dollars in proceeds, which was money taken from the pockets of the poor and addicted citizens of Baltimore.  Drug dealing on this very large scale also fueled the violence that plagues Baltimore.  Chaidez-Meza has no other ties to our community; and he distributed poison here and made away with millions of dollars, which primarily went to the Sinaloa cartel in Mexico.  He was a predator who is not deserving of mercy or accommodation. A sentence within the advisory guidelines range is most appropriate in this case.

                                                     Very truly yours,

                                                   Robert K. Hur
                                                 United States Attorney

                                By:      _____/s/_____
                                               James G. Warwick
                                               Jeffrey J. Izant
                                               Assistant United States Attorneys

cc: Thomas Maronick, Esquire